UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RABO AGRIFINANCE LLC

       Plaintiffs,      20-cv-6476 (PKC)

  -against-

                ORDER

BANNATYNE ET AL.,

       Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

  The Court will hold a teleconference in this matter on Thursday, November 19, 2020 at 11:30 AM.  The dial-in information for this conference is as follows:

   <u>Dial-in</u>:  (888) 363-4749

   <u>Access Code</u>:  3667981

  SO ORDERED.

              _____
                P. Kevin Castel
                United States District Judge

Dated:  New York, New York
   November 12, 2020